IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JOE HAND PROMOTIONS, INC.,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| vs. | )    CIVIL ACTION NO. 23-00066-KD-C |
| | ) |
| **CELEBRITY LOUNGE LLC d/b/a** | ) |
| **CELEBRITY LOUNGE, and** | ) |
| **LAKINO WHITE,** | ) |
| | ) |
|    **Defendants.** | ) |

## ORDER

This action brought pursuant to the Federal Communications Ac of 1934, as amended, is before the Court on Plaintiff Joe Hand Promotions, Inc.'s motion to extend time to serve Defendants Celebrity Lounge LLC d/b/a Celebrity Lounge and Lakino White (doc. 9). Joe Hand seeks an additional ninety (90) days to serve the Defendants. The complaint was filed February 22, 2023, and summons issued February 24, 2023. Thus, the initial 90-day period will expire May 24, 2023. Upon consideration, and for the reasons set forth herein, the motion is GRANTED, and the time is extended to **August 23, 2023.**

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the time limit for service may be extended. Specifically,

> If a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

"Good cause exists only when some outside factor[,] such as reliance on faulty advice, rather than inadvertence or negligence, prevented service." Cooley v. Ocwen Loan Servicing, LLC, 729 Fed. Appx. 677, 682 (11th Cir. 2018) (emphasis added).  Additionally, the Court may consider "However, even if a plaintiff has failed to show good cause, the Court must still consider whether any other circumstances warrant an extension of time based on the facts of the case." Id.

As grounds, Joe Hand reports that the process server, despite repeated attempts, has been unable to locate and serve the Defendants. The returns of service indicate that the process server reported that "on numerous attempts at different addresses [she] could not locate Lakino White agent for Celebrity Lounge" (docs. 7, 8).

In view of the past difficulty in locating the Defendants, and Joe Hand's diligent attempts to effect service, an extension of ninety (90) days is warranted. Moreover, the extension will not unreasonably delay the litigation or prejudice the parties.

DONE and ORDERED this 23rd day of May 2023.

 s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE